IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CLIFTON M. THOMAS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CAROLYN W. COLVIN, ) <br> Commisioner of Social Security, ) <br> ) <br> Defendant. ) <br> ) | C.A. No. 10-78-GMS-SRF |

**ORDER ADOPTING MAGISTRATE JUDGE'S
RECOMMENDATION ABSENT TIMELY OBJECTION**

This Order is issued upon consideration of the Report and Recommendation of United States Magistrate Judge Sherry Fallon issued on December 4, 2014, and upon the expiration of the time allowed for objections pursuant to Rule 72 of the Federal Rules of Civil Procedure with no objection having been received.

Accordingly, this 26th day of February 2015, by the United States District Court for the District of Delaware, it is ORDERED that:

1. Magistrate Judge Fallon's Report and Recommendation (D.I. 25) is ADOPTED;

2. The plaintiff's motion for summary judgment (D.I. 15) is GRANTED IN PART;

3. The Commissioner's cross motion for summary judgment (D.I. 19) is DENIED;

4. This matter is REMANDED for further administrative proceedings.

UNITED STATES DISTRICT JUDGE